UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Parker, Hope S. :

_____ :   Case No. 15-20068

:   Chapter 7

**Movant/Plaintiff** :   Adversary No. _____
                             (If Applicable)

vs. :

**Respondent/Defendant** :

## PRAECIPE

On August 2nd Capital One Bank debit my checking acct for over $1,200.00, which is a blatant disregard to Bankruptcy court and the procedure that is suppose to be followed by law. I have contacted Capital One Bank several times to try and remedy the situation, but they refuse to return the monies taken. I ask that the court get involved and deem whatever procedure neccessary to correct the situation.

Date: 8/25/15

Address: 1023 Peccary St
Waldorf, MD 20603

Telephone no: (301) 267.3878

Hope S. Parker
Debtor Print Name

Hope S Parker
Debtor's Signature

_____
Joint Debtor - Print Name

_____
Joint Debtor's Signature

FILED 2015 AUG 25 AM 11:35 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND GREENBELT